1 F.3d 1235
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Glendale WALKER, Petitioner-Appellant,
v.
D. R. LAWSON, Respondent-Appellee.
 No. 92-6820.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: July 16, 1993.
Decided: August 9, 1993.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David G. Lowe, Magistrate Judge. (CA-91-755-R)
 Glendale Walker, Appellant Pro Se.
 Richard Bain Smith, Assistant Attorney General, Richmond, Virginia, for Appellee.
 E.D.Va.
 DISMISSED.
 Before NIEMEYER, HAMILTON, and WILLIAMS, Circuit Judges.
 PER CURIAM:
 
 OPINION
 
 1
 Glendale Walker seeks to appeal the magistrate judge's* order refusing habeas corpus relief pursuant to 28 U.S.C.Sec. 2254 (1988). Our review of the record and the magistrate judge's opinion discloses that this appeal is without merit. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the magistrate judge. Walker v. Lawson, No. CA-91-755-R (E.D. Va. July 30, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED
 
 
 *
 The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. Sec. 636(c) (1988)